

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00802-CV

**IN RE** Peter **BARTON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed: November 20, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On November 14, 2013, relator Peter Barton filed a petition for writ of mandamus complaining of the trial court's order striking the plaintiff's expert witness in the underlying legal malpractice proceeding. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-12-308, styled *Peter Barton v. Ana Lisa Garza*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Dick Alcala presiding.